

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2014

No. 04-14-00269-CV

Andrea **COLLIE**,
Appellant

v.

**IBEX STAFFING SOLUTIONS, INC**. and Pronto General Agency, Ltd. d/b/a Pronto
Insurance,
Appellees

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 376802
Honorable Tina Torres, Judge Presiding

## O R D E R

Appellees have filed a motion to consolidate the record from original proceeding no. 04-13-00640-CV into this appeal, stating that the clerk's record in this appeal contains only fifty-three pages and lacks many essential documents. The record in the original proceeding, however, consists of sworn copies of documents attached to the mandamus petition. Because the documents are attached to the petition and are sworn copies rather than certified copies, the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court